No. 16,060.

AUTO SALES COMPANY *v.* GENERAL CREDIT CORPORATION.
(195 P. [2d] 392)

Decided June 14, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion, MR. JUSTICE ALTER not participating.

Mr. LAWRENCE THULEMEYER, for plaintiff in error.

Mr. G. S. COSAND, for defendant in error.